MAO

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21  MJ4088 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1324(a)(1)(A)(ii) |
| | Transportation of Illegal Aliens |
| | (Felony) |
| Ace REED, | |
| Dianna Lynne SHINN, | Title·18 USC, Sec. 111(a)(1) - Assault |
| | on a Federal Officer (Felony) |
| | |
| Defendants. | |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about October 11, 2021, within the Southern District of California, defendant Ace  REED and Dianna Lynne SHINN, with the intent to violate the immigration laws of the United States, knowingly or in reckless disregard of the fact that certain aliens, namely, Jenaro MARTINEZ-Martinez and Apolinar RIOS-Estrada, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT TWO

On or about October 11, 2021, within the Southern District of California, defendant Dianna Lynne SHINN, did intentionally and forcibly assault, a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the Officer, to wit; kicking the Agent in right leg in violation of Title 18, United States Code, Section 111(a)(1) a felony.


And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.


_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent


SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 12, 2021.


_____
*William V. Gallo*
HON. WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Ace REED**
**Dianna Lynne SHINN**

## PROBABLE CAUSE STATEMENT

The complainant states that Jenaro MARTINEZ-Martinez and Apolinar RIOS-Estrada, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 11, 2021, Border Patrol Agent J. Harnden and his canine partner were conducting assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 2:10 PM, Department of Defense (DOD) personnel operating an observation camera, observed what appeared to be a silver Ford Explorer driving on Cochera Via Road in Barrett Junction, California. The DOD personnel advised that they had observed four individuals quickly get into the vehicle. The vehicle continued northbound and then turned west onto State Route 94. The DOD personnel advised that the vehicle appeared to be silver in color, had no front plate, and had silver rims. DOD personnel then advised that the vehicle was westbound passing Marron Valley Road.

Agent Harnden was observing vehicle traffic on State Route 94, Agent Harnden observed the Explorer pass his location traveling west on State Route 94, and he began following it. Agent Harnden observed a paper license plate on the rear of the Explorer as it had passed him. Once Agent Harnden began following the Explorer, the driver, later identified as defendant, Ace REED, began tapping the brakes and driving erratically within the westbound lane. Agent Harnden observed multiple individuals in the rear of the vehicle moving around frantically. Agent Harnden repeatedly observed REED slow down and attempt to pull to the side of the road. Each time REED did this he would tap on the brakes while driving erratically in the lane as he was slowing down. A short time later, REED quickly pulled into the open dirt lot the west side of the Dulzura Café Convenience Store, Located in Dulzura, California. Agent Harnden pulled his vehicle behind the Explorer. REED then quickly put the Explorer into reverse and attempted to back around Agent Harnden's vehicle.

REED attempted to gain access to State Route 94 but realized that he would be unable to fit between Agent Harnden's vehicle and the side of the café. REED then placed the vehicle in park, exited and began walking toward the store. As Agent Harnden moved towards REED, he identified himself as a Border Patrol Agent and REED then began to run away from Agent Harnden's direction. After a brief pursuit, Agent Harnden detained REED. At this time, REED swung around toward Agent Harnden and began pulling away from him. Agent Harnden

**CONTINUATION OF COMPLAINT:**
**Ace REED**
**Dianna Lynne SHINN**

ordered REED to stop, but he continued to pull away from Agent Harnden.  At this time, REED rapidly reached into his pocket and pulled out a glass pipe.  REED threw it toward some houses immediately to their south. Agent Harnden attempted to place handcuffs on REED, while he was resisting. It appeared to Agent Harnden that REED was attempting to get his right hand into his front right pocket.

While this was occurring the front passenger, who was later identified as Defendant, Dianna Lynn SHINN, exited the vehicle. The four individuals who were in the back area of the vehicle also began exiting the Explorer. Agent Harnden shouted at the four individuals to stop, and to not run.  The four individuals did not comply, and all began running to the west and out of Agent Harnden's sight. At this time, Agent Harnden created distance between himself and REED and simultaneously drew his Electronic Control Device and pointed it at REED. Agent Harnden ordered REED to stop moving and place his hands behind his back, to which REED complied. While handcuffing REED, SHINN began moving around and coming toward Agent Harnden and REED. Agent Harnden shouted "Get back" at SHINN. Agent Harnden then moved toward SHINN in a manner that allowed him to see her while she was behind the vehicle door.

Agent Harnden ordered SHINN to place her hands behind her back. SHINN ignored this command and turned away from Agent Harnden toward the interior of the vehicle. SHINN then leaned forward and reached toward the passenger floor area of the vehicle with her right hand. Agent Harnden shouted at SHINN to stop and show him her hands. SHINN continued to ignore Agent Harndens commands. At this time, Agent Harnden quickly attempted to grab SHINNS right arm and left shoulder. SHINN immediately turned toward Agent Harnden and began to punch in his direction with a closed fist. Agent Harnden grabbed SHINN's right arm to stop her from being able to strike him. As he did this SHINN kicked him in the lower right leg. At this time, Agent Harnden spun SHINN toward the passenger seat and pushed her upper body down onto the passenger seat. Agent Harnden manipulated SHINN's arms to her back and kept telling her to stop and to calm down. SHINN continued to attempt to shake free from Agent Harnden. While she was doing this SHINN was shouting derogatory terms at Agent Harnden. Agent Harnden held SHINN in this position until Border Patrol Agent F. Stenave arrived on scene to assist in the arrest.

While Agent Harnden searched REED's immediate area, he pulled out of REED's pocket an open bag with a white crystalline substance in it that appeared to him to be methamphetamine. At approximately, 2:50 PM, Agent Harnden place REED and SHINN under arrest. Two of the

**CONTINUATION OF COMPLAINT:**
**Ace REED**
**Dianna Lynne SHINN**

four individuals who had absconded from the vehicle had been detained by Border Patrol Agent I. Frutos, who walked them back to Agent Harnden's location. Agent Harnden identified himself as a Border Patrol Agent and conducted an immigration inspection. Both individuals, later identified as material witnesses, Jenaro MARTINEZ-Martinez and Apolinar RIOS-Estrada, stated that they were citizens of Mexico without proper immigration documents allowing them to enter or remain in the United States legally. At approximately 2:55 PM Agent Harnden placed MARTINEZ and RIOS under arrest.

The defendant REED was read his Miranda Rights. REED understood his rights and was willing to answer questions without an attorney present. REED stated he was on his way to the casino. REED claimed his sister-in-law SHINN's called someone who told them to pick up people. REED claimed they had to use the bathroom and the individual on the phone told them to stop and pick up the individuals there as well. REED stated that he was going to take the individuals only to the casino. REED stated that SHINN knew how much they were going to pay.

The defendant SHINN was read her Miranda Rights. SHINN stated that she understood her rights and was willing to answer questions without an attorney present. SHINN claimed that when she woke up, REED told her that they were going to the Jamul Casino. SHINN stated that when Agent Harnden approached her and told her to put her hands behind her back, she complied. SHINN stated that she did not comply in sitting down. SHINN claimed that she resisted and kicked her legs as Agent Harnden assisted her in taking a seat in the ground.

Material witnesses MARTINEZ and RIOS admitted to being citizens of Mexico illegally present in the United States without any documents that would allow them to enter or remain in the United States legally. MARTINEZ and RIOS admitted to making smuggling arrangements and agreed to pay $8,000 USD. MARTINEZ and RIOS were shown a photographic line up and were not able to identify anyone. MARTINEZ and RIOS stated that once they entered the vehicle they observed a male driver and a female passenger. MARTINEZ stated that once Border Patrol stopped the vehicle, the male driver got out and attempted to walk away. MARTINEZ stated that the female passenger got out and stood next to the vehicle. RIOS stated that before they were pulled over, the male driver told them "Immigration is coming."